No. 75–5827.  MANES ET AL. *v.* GOLDIN, COMPTROLLER, CITY OF NEW YORK, ET AL.  Affirmed on appeal from D. C. E. D. N. Y.